UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BOYCE L. DEMPSEY,  )
   )
   Plaintiff,  )
   )
v.  )  Civil Action No. 07-1429 (UNA)
   )
UNITED STATES,  )
   )
   Defendant.  )

## ORDER

It is hereby

ORDERED that plaintiff's "Request [To] The Court and Clerk of Court [To] Send Copies Of All Papers and Pleadings Or Orally By Defendants And Intervenors Under A Subordinate Officer And Owed To The Plaintiff" is DENIED.

SO ORDERED.

_____
United States District Judge

DATE:
2/2/08